Jeremy Branch, CA Bar No. 303240
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Tel. (866) 329-9217
Email: JeremyB@jlohman.com
Attorney for KRISTINE FRANKEL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| KRISTINE FRANKEL,<br>Plaintiffs,<br><br>v.<br><br>KOHL'S CORPORATION,<br>Defendant. | **Case No.:** 2:19-cv-10916-ODW-PLA<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Kristine Frankel ("Plaintiff") and Defendant Kohl's Corporation ("Defendant") have reached settlement in the above-captioned action. Plaintiff and Defendant are currently working to finalize and execute settlement documents. Plaintiff anticipates filing a Stipulation of Dismissal once such documents are executed. Therefore, Plaintiff respectfully requests thirty (45) days to file the appropriate dismissal documents.

RESPECTFULLY SUBMITTED,

Dated: January 28, 2021      By:*/s/ Jeremy Branch*
                             Jeremy Branch, CA Bar No. 303240
                             The Law Offices of Jeffrey Lohman, P.C.

                             Attorney for Plaintiff KRISTINE FRANKEL

**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2021, a true and correct copy of the foregoing Notice of Settlement was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By: /s/ Jeremy Branch
Jeremy Branch, CA Bar No. 303240
The Law Offices of Jeffrey Lohman, P.C.

Attorney for Plaintiff KRISTINE FRANKEL