**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**
Jeremy Branch, CA Bar No. 303240
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Telephone: (866) 329-9217
JeremyB@jlohman.com

Attorney for Plaintiff
 Kristine Frankel

**KELLEY DRYE & WARREN LLP**
 Tahir L. Boykins (State Bar No. 323441)
1800 Century Park East, Suite 600
Los Angeles, CA 90067-4008
Telephone:  (310) 712-6100
Facsimile:   (310) 712-6199
tboykins@kelleydrye.com

Attorney for Defendant
Kohl's Corporation

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTINE FRANKEL,<br>          Plaintiffs,<br><br>     v.<br><br>KOHL'S CORPORATION,<br>          Defendant. | **Case No.:** 2:19-cv-10916-ODW-PLA<br><br>[Assigned to Honorable<br>Otis D. Wright, II]<br><br>**JOINT STIPULATION OF DISMISSAL** |

Plaintiff Kristine Frankel ("Plaintiff") and Defendant Kohl's Corporation ("Kohl's") through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action, with prejudice, with each party to bear their own costs and attorneys' fees.

RESPECTFULLY SUBMITTED,

DATED: February 16, 2021       THE LAW OFFICES OF JEFFREY LOHMAN, P.C.

By: */s/ Jeremy Branch*
Jeremy Branch
*Attorney for Kristine Frankel*

DATED: February 16, 2021       KELLEY DRYE & WARREN LLP

By: */s/ Tahir L. Boykins*
Tahir L. Boykins
*Attorney for Kohl's Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, a true and correct copy of the foregoing Joint Stipulation of Dismissal was filed using the Court's CM/ECF system, which will notify all attorneys of record.

By:*/s/ Jeremy Branch*
Jeremy Branch, CA Bar No. 303240
The Law Offices of Jeffrey Lohman, P.C.

Attorney for Plaintiff KRISTINE FRANKEL